UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AARON JACKSON,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF MICHIGAN et al.,<br><br>　　　　　　　　Defendants. | Case No. 22-13150<br>Honorable Shalina D. Kumar<br>Magistrate Judge Curtis Ivy, Jr. |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 21) AND DENYING DEFENDANTS' MOTION TO DISMISS (ECF NO. 10)**

　　Plaintiff Aaron Jackson, proceeding pro se, sued defendants The State of Michigan, Trooper Bradley Lane, Trooper Merik Whipple, and Trooper Jeffrey Rodgers for alleged violations of his Fourteenth Amendment rights. ECF No. 1. Defendants filed a motion to dismiss for failure to effectuate proper service, and plaintiff filed a response. ECF Nos. 10, 16. This case was referred to the assigned magistrate judge for all pretrial purposes, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation of all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). ECF No. 6.

On June 14, 2023, the assigned magistrate judge issued a Report and Recommendation (R&R). ECF No. 21. The R&R recommends that the Court deny defendants' motion without prejudice because good cause exists to allow plaintiff, a pro se litigant, additional time to effect service of process on defendants. *Id*. Neither party filed an objection to the R&R.

The Court has reviewed the record and the R&R is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that defendants' motion to dismiss (ECF No. 10) is **DENIED WITHOUT PREJUDICE.**

Dated: November 17, 2023

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge